MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com

Attorneys for Trustee
TIMOTHY W. HOFFMAN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re )  Case No. 15-10722 AJ
) (Chapter 7)
MARGARET GOLDBERG-O'REILLY, )
) **MOTION FOR ORDER**
Debtor. ) **AUTHORIZING SALE OF PROPERTY**
) **FREE AND CLEAR OF LIENS AND**
) **INTERESTS AND SUBJECT TO**
) **OVERBID**
)
) Hearing Date: 12/11/2015
) Time: 9:00 a.m.
) Santa Rosa Courtroom - Jaroslovsky

TO: THE UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; THE COUNTY OF SONOMA, DEPARTMENT OF CHILD SUPPORT SERVICES; AND ALL OTHER CREDITORS AND OTHER PARTIES IN INTEREST:

The Motion of Timothy W. Hoffman, Trustee in Bankruptcy of the Estate of Margaret Goldberg-O'Reilly, respectfully represents:

1. On July 15, 2015, the debtor Margaret Goldberg-O'Reilly filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the above-entitled Court. Thereafter Movant Timothy W. Hoffman was duly appointed as the Chapter 7 Trustee in Bankruptcy of the Debtor's Estate.

2. This Court has subject matter jurisdiction over this Motion pursuant to the provisions of 28 U.S.C. Sections 1334 and 11 U.S.C. Section 363. This Motion is a "core" proceeding as defined by 28 U.S.C. Section 157(b)(2)(N). Venue is proper here pursuant to the

provisions of 28 U.S.C. Section 1409.

3. Among the assets of the estate is real property located at 350 Linden St., Sonoma, CA 95476, (the "property"), which is the Debtor's residence.

4. On or about October 27, 2015, the Trustee agreed to sell the above-mentioned property to William Campbell Drewes Hudson ("Buyer") for the sum of $476,000. A true and correct copy of the purchase agreement is attached to this Motion as Exhibit 1.

5. The Trustee's broker is Nathan Genovese of NRT West, Inc., *dba* Coldwell Banker - Petaluma, pursuant to order authorizing employment; and the Buyers' broker is Robert Bernard of Sotheby's International Realty.

6. The Trustee further proposes to pay the following valid liens from the close of escrow: 1) all customary seller's closing costs; 2) a real estate brokerage commission equal to two and one-half percent (2 ½ %) of the sales price to the Trustee's broker, and two percent and one-half percent (2 ½ %) to the Buyers' broker; 3) a first deed of trust to Bayview Loan Servicing, Inc., by assignment, in the approximate amount of $204,000.00; 4) all property taxes now due and owing; and 5) a Family Law Attorney's Real Property Lien in favor of Superior Court of California, County of Sonoma, in the approximate amount of $10,000, evidenced by that certain Declaration of Respondent in Support of Family Law Attorney's Real property Lien (Family Code §2033), recorded on October 05, 2006, in the Official Records of Sonoma County as Document No. 2006-123275.

**SALE FREE AND CLEAR OF LIENS**

7. The subject real Property may be subject to certain liens, and encumbrances which the Trustee believes are subject to a sale free and clear as set forth in Bankruptcy Code § 363(f)(4). A description of these liens, along with the basis for treatment under Section 363(f), is as follows:

    (i) A Federal Tax Lien in the face amount of $555,233.770 in favor of the United states of America, recorded on April 09, 2008, in the Official Records of the County of Sonoma as Document No. 2008-032014. This lien is subject to subordination pursuant to 11 U.S.C. § 724;

(ii) A Federal Tax Lien in the face amount of $228,310.00 in favor of the United states of America, recorded on July 29, 2008, in the Official Records of the County of Sonoma as Document No. 2008-068912. This lien is subject to subordination pursuant to 11 U.S.C. § 724;

(iii) A State Tax Lien in favor of the State of California, in the amount of $14,408.07, evidence by a certificate issued by the Franchise Tax Board, Recorded September 17, 2008 as instrument No. 2008-083715. This lien is subject to subordination pursuant to 11 U.S.C. § 724;

(iv) A Federal Tax Lien in the face amount of $108,938.04 in favor of the United states of America, recorded on December 30, 2009, in the Official Records of the County of Sonoma as Document No. 2009-124164. This lien is subject to subordination pursuant to 11 U.S.C. § 724;

(v) A State Tax Lien in favor of the State of California, in the amount of $58,215.16, evidence by a certificate issued by the Franchise Tax Board, Recorded December 29, 2010 as instrument No. 2010-118709. This lien is subject to subordination pursuant to 11 U.S.C. § 724;

(vi) A State Tax Lien in favor of the State of California, in the amount of $21,117.98, evidence by a certificate issued by the Franchise Tax Board, Recorded May 6, 2011 as instrument No. 2011-040252. This lien is subject to subordination pursuant to 11 U.S.C. § 724; and

(vii) A judgment lien for child, family, or spousal support in favor of the County of Sonoma, Department of Child Support Services, recorded on September 22, 2011, in the Official Records of the County of Sonoma as Document No. 2011-080810. This lien is junior to the above-noted tax liens.

8. As adequate protection for the holder of the liens set forth in Paragraph 7 above, the Trustee proposes that all remaining net proceeds of sale remaining after the payment of the valid liens described in Paragraph 6 above shall be held in a blocked account, with the liens identified in Paragraph 7 to attach to the proceeds with the same validity, extent, and priority

claimed under non-bankruptcy law, and said funds shall not be disbursed absent further Order(s) of this Court.

**PROCEDURES FOR OVERBIDS**

9. The Trustee believes that it is appropriate to offer the Property for sale subject to overbid in order to maximize the Estate's recovery for this asset. As such, the Trustee proposes to sell the Subject Property subject to overbid pursuant to the following procedures:

(i) To qualify for bidding, any prospective overbidder must deliver to the undersigned counsel for the Trustee a money order or cashier's check made payable to "Timothy W. Hoffman, Trustee in Bankruptcy" in the amount of $25,000.00, on or before December 1, 2015;

(ii) any qualified bidder must submit an initial overbid in the minimum amount of $500,000.00 on or before December 1, 2015; and

(iii) if there are bidders, the Trustee will conduct an open auction process prior to December 4, at a date and time to be scheduled, by telephone with bidders submitting further bids in $5,000.00 increments. If the successful bidder is unable to consummate the sale, the $25,000 deposit will not be refunded.

10. Good cause exists to authorize the Trustee to consummate this sale. The Trustee has investigated the fair market value of the Property and believes that the purchase price is fair and in the best interests of the Estate's unsecured creditors.

WHEREFORE, the Trustee prays that the Court enter its Order authorizing the proposed sale of the Property free and clear of liens and interest, subject to overbid pursuant to the overbid procedures set forth in Paragraph 9 herein; and granting any such further relief as the Court deems proper.

Dated: November 5, 2015    MACCONAGHY & BARNIER, PLC

    /s/ John H. MacConaghy
By John H. MacConaghy
Attorneys for Trustee
TIMOTHY W. HOFFMAN

4